

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/8/2021

July 7, 2021

**VIA ECF**


The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007


Re:     *Paguada v. Ratio Clothing, LLC,* Case No. 1:21-cv-00145-VSB


Dear Judge Broderick:

We represent defendant Ratio Clothing, LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Dilenia Paguada, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 7, 2021 to August 23, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

                    Respectfully submitted,


                    */s/ Timothy J. Straub*
                    Timothy J. Straub



cc:      All counsel of record (by ECF)