```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JOSUE PAGUADA,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
               -against-                                     :
                                                             :
RATIO CLOTHING, LLC,                                         :
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021

21-cv-145 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiff filed the complaint in this case more than seven months ago.  (Doc. 1.)  Since that time, I have granted four requests from Defendant, on consent from Plaintiff, to extend its deadline to answer or otherwise respond to Plaintiff's complaint, (Docs. 8, 10, 12, 14.)  When I granted Defendant's fourth request, I noted that I would be "highly unlikely to grant any subsequent requests."  (Doc. 14.)  Nevertheless, a month later, the parties requested a 45-day stay of all deadlines in this case until August 23, 2021, representing that the parties were "finaliz[ing] . . . efforts to bring about the voluntary dismissal of all claims asserted in this action" and that they would "file a stipulation of voluntary dismissal" when they had done so.  (Doc. 15.)  Given that the parties represented they were close to resolving the claims in this case, I granted that request. (Doc. 16.)  This deadline has come and gone and, inexplicably, the parties have not filed a notice of voluntary dismissal or status update, and Defendant still has not responded to Plaintiff's complaint.  Accordingly, it is hereby:

  ORDERED that Defendant is directed to answer or otherwise respond to Plaintiff's complaint on or before September 14, 2021.  While the parties may file a notice of voluntary

dismissal in this case, I am otherwise highly unlikely to adjourn this deadline.

SO ORDERED.

Dated: August 24, 2021
      New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge